JOSEPH H. HARRINGTON
Acting United States Attorney
Eastern District of Washington
James A. Goeke
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 21 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MARK WELLINGTON GILBERT,

Defendant.

4:17-CR-6045-SAB

INDICTMENT

Vio: 18 U.S.C. § 1344(2)
Bank Fraud

18 U.S.C. § 982
Notice of Forfeiture
Allegations

The Grand Jury Charges:

**BANK FRAUD**

I.   **Scheme and Artifice to Defraud:**

Beginning on an unknown date, but at least by on or about May 7, 2014, and continuing to on or about November 21, 2017, in the Eastern District of Washington and elsewhere, Defendant MARK WELLINGTON GILBERT, did knowingly devise a scheme and artifice to defraud Hawaii Community Federal Credit Union, a federally insured financial institution, and to obtain monies, funds, credits, and other property from said financial institution by means of false and fraudulent pretenses, representations, and promises, to wit, by submitting an application for a mortgage in the amount of $745,000 to purchase

INDICTMENT - 1

real property located at 73-4464 Hane Street, Kailua Kona, Hawaii (the "Hane Street Property") in the name of Defendant MARK WELLINGTON GILBERT's parents, Bruce E. Gilbert and Priscilla J. Gilbert, with materially false and fraudulent pretenses, representations, and promises about the source of the funds for the down payment on the Hane Street Property; the actual purchasers of the Hane Street Property; and the actual intended occupants of the Hane Street Property and that resulted Hawaii Community Federal Credit Union funding a mortgage in the amount of $745,000 to purchase the Hane Street Property; all in violation of 18 U.S.C. § 1344(2).

## II.    Execution of the Scheme and Artifice:

On or about June 30, 2014, the Hane Street Property was officially purchased by Bruce E. Gilbert and Priscilla J. Gilbert through the Bruce E. Gilbert and Priscilla J. Gilbert 1998 Trust (the "Bruce and Priscilla Gilbert Trust"). Defendant MARK WELLINGTON GILBERT employed C.W., a realtor in Hawaii, to handle the purchase. Defendant MARK WELLINGTON GILBERT sought financing for the purchase of the Hane Street Property through Hawaii Community Federal Credit Union. Hawaii Community Federal Credit Union is a financial institution, the deposits of which are insured by the National Credit Union Administration, charter number 1719.

On or about May 7, 2014, Defendant MARK WELLINGTON GILBERT contacted L.D. at Hawaii Community Federal Credit Union. Defendant MARK WELLINGTON GILBERT inquired about obtaining financing for a house in Hawaii and stated he was acting on behalf of his parents, Bruce E. Gilbert and Priscilla J. Gilbert. L.D. almost entirely dealt with Defendant MARK WELLINGTON GILBERT to handle the transaction. L.D. never met the purported borrowers, Bruce E. Gilbert and Priscilla J. Gilbert, in person.

INDICTMENT - 2

On or about June 20, 2014, Defendant MARK WELLINGTON GILBERT submitted a Uniform Residential Loan Application (the "Loan Application") listing Bruce E. Gilbert and Priscilla J. Gilbert as the borrowers for the purchase of the Hane Street Property. Through the Loan Application, the purported borrowers sought a $745,000 conventional mortgage to purchase the Hane Street Property. Defendant MARK WELLINGTON GILBERT, through the Loan Application, represented to L.D. and Hawaii Community Federal Credit Union that the source of the down payment would be Bruce E. Gilbert's account though G A Group, 2965 East Isaacs Ave, Walla Walla, Washington with a balance of $1,211,918.60.

During the course of applying for and obtaining the loan for the Hane Street Property, Defendant MARK WELLINGTON GILBERT made several false statements to Hawaii Community Federal Credit Union through the Loan Application, including, but not limited to the following: (a) that Bruce E. Gilbert and Priscilla J. Gilbert were the actual purchasers of the Hane Street Property; (b) that Bruce E. Gilbert had a G A Group, National Automotive Dealers Association Retirement ("NADART") administered retirement account with a balance over $1.2 million which would be the source of the down payment; and (c) that Bruce E. Gilbert and Priscilla J. Gilbert would make the Hane Street Property their primary residence.

On or about May 17, 2014, Defendant MARK WELLINGTON GILBERT, from Walla Walla, Washington, emailed L.D. at Hawaii Community Federal Credit Union purported NADART retirement statements bearing Bruce E. Gilbert's name that purported to demonstrate that Bruce E. Gilbert participated in the NADART G A Group plan. The NADART statements were for the quarters ending December 31, 2013 and March 31, 2014. The NADART

INDICTMENT - 3

statements indicated the account had ending balances of $1,208,245.52 and $1,211,918.60 for each quarter, respectively. On the Loan Application purportedly signed by Bruce E. Gilbert and Priscilla J. Gilbert, Section IV, titled, "Assets and Liabilities, of the Loan Application , included an account described as G A Group, "Acct. no. XX-9897" with a purported balance of $1,211,918.60.

Defendant MARK WELLINGTON GILBERT knowingly and fraudulently sent the fabricated NADART retirement statements in the name of Bruce E. Gilbert to Hawaii Community Federal Credit Union in order to induce Hawaii Community Federal Credit Union to fund the mortgage to Bruce E. Gilbert and Priscilla J. Gilbert for the Hane Street Property. In fact, the statements bearing Bruce E. Gilbert's name, which were sent by MARK WELLINGTON GILBERT to Hawaii Community Federal Credit Union, were not authentic and no NADART retirement account for Bruce E. Gilbert ever existed and did not form the basis for any down payment for the Hane Street Property. Rather, Defendant MARK WELLINGTON GILBERT was the person providing the down payment for the Hawaii house and Defendant MARK WELLINGTON GILBERT concealed that fact in order to avoid disclosing the Hane Street Property as an asset in a bankruptcy proceeding in the Eastern District of Washington. Additionally, Defendant MARK WELLINGTON GILBERT and his family, not Bruce E. Gilbert and Priscilla J. Gilbert, intended to reside at the Hane Street Property at the time Defendant MARK WELLINGTON GILBERT submitted the Loan Application to Hawaii Community Federal Credit Union.

### III. Materiality:

Each false and fraudulent pretense, representation, and promise made by Defendant MARK WELLINGTON GILBERT during the execution of the scheme and artifice to defraud described above, specifically: (a) that Bruce E. Gilbert and Priscilla J. Gilbert were the actual purchasers of the Hane Street Property; (b) that Bruce E. Gilbert had a G A Group, NADART administered retirement account with a balance over $1.2 million which would be the source of the down payment; and (c) that Bruce E. Gilbert and Priscilla J. Gilbert would make the Hane Street Property their primary residence, were relied upon by the Hawaii Community Federal Credit Union when the Hawaii Community Federal Credit Union approved the $745,000 mortgage loan in the name of Bruce E. Gilbert and Priscilla J. Gilbert. Hawaii Community Federal Credit Union would not have approved the $745,000 mortgage loan and funded the $745,000 mortgage for the Hane Street Property if Hawaii Community Federal Credit Union knew the aforementioned false and fraudulent pretenses, representations, and promises made by Defendant MARK WELLINGTON GILBERT in the Loan Application for the Hane Street Property were false, all of which is in violation of 18 U.S.C. § 1344(2).

### NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 982(a)(2)(A).

Pursuant to 18 U.S.C. § 982(a)(2)(A), upon conviction of the offense[s] in violation of 18 U.S.C. § 1344 as set forth in this Indictment, the Defendant, MARK WELLINGTON GILBERT, shall forfeit to the United States of

INDICTMENT - 5

America, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s). The property to be forfeited includes, but is not limited to, the following:

REAL PROPERTY

Real property known as 73-4464 Hane Street, Kailua Kona, Hawaii, Parcel #: 730550360000/Tax Map Key: (3)7-3-055-036, legally described as follows:

All that certain parcel of land situate at Ooma 2nd, District of North Kona, Island and County of Hawaii, State of Hawaii, described as follows:

Lot 36, area 1.000 acre, more or less, as delineated on the map entitled "KONA HILLS ESTATES, SUBDIVISION, UNIT II", which said map was filed in the Bureau of Conveyances of the State of Hawaii as File Plan No. 2169.

Together with all appurtenances, fixtures, attachment and improvements thereto and thereupon.

Subject to all easements, restrictions, reservations and covenants of record.

MONEY JUDGMENT

A sum of money in United States currency representing the amount of proceeds obtained as a result of the bank fraud offense(s).

If any of the property described above, as a result of any act or omission of the defendant[s]:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

INDICTMENT - 6

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).  All pursuant to 18 U.S.C. § 982(a)(2)(A) and 28 U.S.C. § 2461(c).

DATED: November 21, 2017

                                  A TRUE BILL

                                  Foreperson

_____
JOSEPH H. HARRINGTON
Acting United States Attorney

_____
James A. Goeke
Assistant United States Attorney

INDICTMENT - 7